Judgment in a Civil Case

# United States District Court

District of North Dakota - Northeastern Division

Warsaw Sugar Beet Association LP I,
                            Plaintiff,

        v.

Federal Crop Insurance Corporation,
                          Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-4

X  **Decision on Motion.**  This action came before the Court on motion.  The issues have been considered and a decision rendered.

      IT IS ORDERED AND ADJUDGED that Plaintiff Warsaw Sugar Beet Association LP I's Motion for Summary Judgment is **GRANTED** in part and **DENIED** in part, and Defendant Federal Crop Insurance Corporation's Motion for Summary Judgment is **GRANTED** in part and **DENIED** in part. The National Appeals Division decision is, therefore, affirmed in part and reversed in part, and the case is remanded for a determination as to whether Warsaw sustained a production loss due to drought on its 2006 sugar beet crops, after the FCIC adjusts Warsaw's Master Yield.

February 18, 2010                                           ROBERT ANSLEY
Date                                                            Clerk

                                                           */s/Leah Riveland-Foster*
                                                           By Deputy Clerk - Leah Riveland-Foster